IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 4:05cr3118, 4:06cr3068, 4:06cr3069, 4:06cr3071, 4:06cr3077 and 4:06cr3081 |
| Plaintiff, | ) | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| vs. | ) | |
| MICHAEL J. KLUVER, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Sealed exhibits 1 - 3 from Sentencing held 12/07/2006

If counsel for defendant fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 13th day of September, 2007.

s/ Richard G. Kopf
United States District Judge